# UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**James Charleston**

vs.

Case Number:  **08-1302**

**Emanual Rojas and Stephen b. Wright**

**DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed for failure to exhaust administrative remedies as required pursuant to 42 U.S.C., Section 1997e(a). The parties are to bear their own costs.

ENTER this 12th day of November, 2008

PAMELA E. ROBINSON, CLERK

s/M. Bailey
BY:  DEPUTY CLERK